*1048 ante, p. 922;
531 U.S. 1086;
*1049 No. 00-6792.
No. 00-6977.
No. 00-7040.
No. 00-7740.
No. 00-7829.
No. 00-7887.
No. 00-7980.
No. 00-8060.
No. 00-8091.
No. 00-8121.
No. 00-8314.
No. 00-8572.
No. 00-8672.
No. 00-8910.
531 U.S. 1087;
ante, p. 958;
ante, p. 924;
531 U.S. 1174;
ante, p. 925;
ante, p. 927;
ante, p. 929;
ante, p. 981;
ante, p. 945;
ante, p. 946;
ante, p. 961;
ante, p. 951;
ante, p. 964; and
ante, p. 957. Petitions for rehearing denied.